IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| JF ENTERPRISES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:11-CV-00238-ODS |
| v. | ) |
| | ) |
| FIFTH THIRD BANK, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FIFTH THIRD BANK'S MOTION TO DISMISS PLAINTIFF JF ENTERPRISES, LLC'S COMPLAINT FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT**

Defendant, Fifth Third Bank ("Fifth Third"), by and through its counsel, and pursuant to L.R. 7.0 and Fed. R. Civ. P. 12(b)(3), respectfully requests the Court dismiss Plaintiff JF Enterprises, LLC's ("JF Enterprises") Complaint for improper venue. Alternatively, and in the event the Court declines to dismiss this action for improper venue, Fifth Third requests that the Court dismiss Count IV of JF Enterprises' Complaint. For its Motion, Fifth Third Bank states as follows:

1. On March 3rd, 2011, JF Enterprises filed its Complaint in the Western Division of this Court, which set forth its claims against Fifth Third.

2. In its business relationship with JF Enterprises, Fifth Third provided inventory financing for the purchase of new and used vehicles at JF Enterprises' automobile dealerships. *See* Affidavit of Timothy R. Coakley, at ¶2, attached hereto as **Exhibit A**; Complaint, at ¶¶5-10

3. In the course of the parties' business dealings, disputes arose that were related to the inventory financing arrangement between the parties. *See* Complaint, at ¶¶11–20; Exhibit A, at ¶3.

4. On April 20, 2009, JF Enterprises and Fifth Third entered into a Settlement Agreement with regard to the aforementioned inventory financing disputes. *See* Exhibit A, at ¶4; Complaint, at ¶21.

5. A true and accurate copy of the Settlement Agreement is attached as Exhibit 1 to Exhibit A. *See* Exhibit A, at ¶5.

6. The claims asserted in every count of the Complaint against Fifth Third by JF Enterprises' arise out of, and are directly related to, the negotiation, execution and performance of the Settlement Agreement. *See e.g.,* Complaint, Count I, at ¶49, Count II, at ¶54, Count III, at ¶62, Count IV, at ¶70.

7. In Paragraph 25 of the Settlement Agreement, JF Enterprises agreed that any dispute arising out of, or related to, the Settlement Agreement would be brought and tried before a state court sitting in Cook County, Illinois or the United States District Court for the Northern District of Illinois, Eastern Division.

8. Under controlling federal law, "[A] forum selection clause is enforceable unless it is invalid or enforcement would be unreasonable and unjust." *Marano Enters. of Kansas v. Z-Teca Rests., L.P.,* 254 F.3d 753, 757 (8th Cir. 2001) (quoting *Dominium Austin Partners v. Emerson,* 248 F.3d 720, 726 (8th Cir. 2001)). *See also M/S Breman v. Off-Shore Co.,* 407 U.S. 1, 15, 92 S. Ct. 1907, 1916, 32 L. Ed. 2d 513 (1972).

9. JF Enterprises' Complaint does not mention the parties' forum selection clause, let alone purport to set forth *any* factual allegation that the forum selection clause in the Contract is "unjust or unreasonable or invalid for reasons such as fraud or overreaching." *M.B. Rests., Inc. v. CKE Rests., Inc.,* 183 F.3d 750, 752 (8th Cir. 1999).

10. Because JF Enterprises agreed to litigate any dispute involving the Settlement Agreement in Cook County, Illinois, this Court should dismiss the case pursuant to Fed. R. Civ. P. 12(b)(3) for improper venue and require Plaintiff to proceed in the proper forum.

11. Finally, in the event the Court declines to dismiss this case for improper venue, Fifth Third requests that the Court dismiss Count IV of JF Enterprises' Complaint for want of particularity and for the additional reason that the claim is precluded by the express terms of the Settlement Agreement.

WHEREFORE, Defendant, Fifth Third Bank, prays the Court grant this Motion and ORDER the pending Case:

(a) Dismissed, for improper venue; and

(b) For such other relief as the Court deems just and proper.

Respectfully submitted,

POLSINELLI SHUGHART PC

/s/ G. Edgar James
By: _____
G. Edgar James,        MO #49585
Jeffrey D. Kleysteuber  MO #62182
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
(816) 421-3355
Fax No. (816) 374-0509
ejames@polsinelli.com
jkleysteuber@polsinelli.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2011, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

JOHN MULLEN
NICK HILLYARD
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100 (Telephone)
(816) 421-7915 (Facsimile)
jmullen@fsmlawfirm.com

ATTORNEYS FOR PLAINTIFF

/s/ G. Edgar James
_____
ATTORNEYS FOR DEFENDANT

2804648.4