IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| JF ENTERPRISES, LLC, | ) |
| Plaintiff, | ) ) ) Case No.: 4:11-CV-00238-ODS |
| v. | ) ) |
| FIFTH THIRD BANK, | ) ) |
| Defendant. | ) |

## DEFENDANT FIFTH THIRD BANK'S MOTION TO STRIKE PLAINTIFF JF ENTERPRISES, LLC'S JURY TRIAL DEMAND

Defendant, Fifth Third Bank ("Fifth Third"), by and through its counsel, and pursuant to L.R. 7.0, respectfully moves the Court for an Order striking Plaintiff JF Enterprises, LLC's ("JF Enterprises") demand for a jury trial. For its Motion, Fifth Third Bank states as follows:

1. On March 3rd, 2011, JF Enterprises filed its Complaint in the Western Division of this Court, which set forth its claims against Fifth Third.

2. In its business relationship with JF Enterprises, Fifth Third provided inventory financing for the purchase of new and used vehicles at JF Enterprises' automobile dealerships. *See* Affidavit of Tim Coakley, at ¶2, attached hereto as **Exhibit A**; Complaint, at ¶¶5-10

3. In the course of the parties' business dealings, disputes arose that were related to the inventory financing arrangement between the parties. *See* Complaint, at ¶¶11–20; Exhibit A, at ¶3.

4. On April 20, 2009, JF Enterprises and Fifth Third entered into a Settlement Agreement with regard to the aforementioned inventory financing disputes. *See* Exhibit A, at ¶4; Complaint, at ¶21.

1932583.2

5. A true and accurate copy of the Settlement Agreement is attached as Exhibit 1 to Exhibit A. *See* Exhibit A, at ¶5.

6. The claims asserted in every count of the Complaint against Fifth Third by JF Enterprises' arise out of, and are directly related to, the negotiation, execution and performance of the Settlement Agreement. *See e.g.,* Complaint, Count I, at ¶49, Count II, at ¶54, Count III, at ¶62, Count IV, at ¶70.

7. JF Enterprises requests a jury trial for the resolution of the claims asserted in its Complaint. *See* Complaint, at pg. 12.

8. In Paragraph 24 of the Settlement Agreement, JF Enterprises voluntarily and intentionally waived any right to a jury trial in any litigation based on, or arising out of, the Settlement Agreement.

9. Thus, Fifth Third requests that in the event the Court declines to dismiss this case for improper venue, that the Court strike JF Enterprises' request for a jury trial.[1]

WHEREFORE, Defendant, Fifth Third Bank, respectfully requests that the Court strike JF Enterprises' request for a jury trial and for such other relief as the Court deems just and proper.

---

[1] Pending before the Court is Fifth Third's Motion to Dismiss based on improper venue, which was filed contemporaneously with this Motion to Strike Plaintiff's Jury Trial Demand.

1932583.2

Respectfully submitted,

POLSINELLI SHUGHART PC

By: _____
/s/ G. Edgar James
G. Edgar James, MO #49585
Jeffrey D. Kleysteuber MO #62182
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
(816) 421-3355
Fax No. (816) 374-0509
ejames@polsinelli.com
jkleysteuber@polsinelli.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2011, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

JOHN MULLEN
NICK HILLYARD
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100 (Telephone)
(816) 421-7915 (Facsimile)
jmullen@fsmlawfirm.com

ATTORNEYS FOR PLAINTIFF

/s/ G. Edgar James
_____
ATTORNEYS FOR DEFENDANT